IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARY MERGENSCHROER**                                             **PLAINTIFF**

**V.**                  **4:07CV00637-WRW**

**METROPOLITAN LIFE INSURANCE
COMPANY and SYMETRA LIFE
INSURANCE COMPANY, Previously
known as SAFECO LIFE INSURANCE
COMPANY**                                                    **DEFENDANTS**

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT METROPOLITAN LIFE INSURANCE COMPANY

The Court being advised that Plaintiff and Defendant Metropolitan Life Insurance Company ("MetLife") have settled and compromised their dispute, it appears this matter should be dismissed with prejudice as to Separate Defendant MetLife, with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO ORDERED this 3rd day of January, 2008.

                                                    /s/Wm. R. Wilson, Jr.
                                       UNITED STATES DISTRICT JUDGE

APPROVED:

/s/ A. Watson Bell
Attorney for Plaintiff

/s/ Byron Freeland
Attorney for Defendant