**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**MARY MERGENSCHROER**                                                                         **PLAINTIFF**

v.                                            **4:07CV00637-WRW**

**METROPOLITAN LIFE INSURANCE
COMPANY,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Pending is Plaintiff's unopposed Motion For Dismissal (Doc. No. 16) in which the parties "advise the Court that this matter has been settled . . ." and ask that Plaintiff's Complaint be dismissed with prejudice. Plaintiff's Motion is GRANTED, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 8th day of February, 2008.

                                                                                        /s/Wm. R. Wilson, Jr.
                                                                                        UNITED STATES DISTRICT JUDGE